Edward W. Goldstein, Esq.
Corby R. Vowell, Esq.
GOLDSTEIN & FAUCETT, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas  77027
Tel:  713/877-1515
Fax:  713/877-1737

Breck E. Milde, Esq. (Cal. Bar No. 122437)
Perry J. Woodward, Esq. (Cal. Bar No. 183876)
TERRA LAW, L.L.P.
60 South Market Street, Suite 200
San Jose, California 95113-2333
Tel:  408/288-7325

Attorneys for Plaintiff
TEKNOWLEDGE CORPORATION

John W. Thornburgh
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
Tel: 858/678-5070
Fax: 858/678-5099

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKNOWLEDGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AKAMAI TECHNOLOGIES, INC., INKTOMI CORPORATION, and CABLE & WIRELESS INTERNET SERVICES, INC.,<br><br>Defendants. | Consolidated Case No. C02-5741 SI<br>(Related Case no. C-03-03321 SI)<br><br>**[PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANTS MICROSOFT CORPORATION** |
| TEKNOWLEDGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO!, INC., MICROSOFT CORPORATION, AMERICAN ONLINE, INC., and NETSCAPE COMMUNICATIONS CORPORATION,<br><br>Defendants. | Hon. Judge Susan Illston |

Before the Court is a Joint Stipulation to Dismiss Microsoft Corporation. Finding good cause for granting of the same, IT IS HEREBY ORDERED that all claims and counterclaims by or between Plaintiff Teknowledge Corporation and Defendants Microsoft Corporation are dismissed with prejudice with all costs being taxed against the party incurring same.

**IT IS SO ORDERED**

Dated: _____,2005

_____
The Honorable Susan Illston
United States District Judge

GRANTED
Judge Susan Illston

2