IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEKNOWLEDGE CORPORATION, | No. C 02-05741 SI |
| Plaintiff, | **ORDER TERMINATING ACTION** |
| v. | |
| AKAMAI TECHNOLOGIES INC., et al., | |
| Defendants. | |
| _____/ | |
| AND RELATED COUNTERCLAIMS. | |
| _____/ | |

The claims against all parties, save Cable & Wireless, have been dismissed with prejudice by agreement among the parties.  The claims against Cable & Wireless have been stayed by operation of its bankruptcy filing, and are hereby DISMISSED by the Court without prejudice.  Accordingly, the action is terminated in its entirety and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 14, 2005

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California